UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

PHILIPPE GRIMMINGER,

                Plaintiff,

    -v-

ZEIT CONTEMPORARY ART, LLC,

                Defendant.

**ORDER**

26-CV-389 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' letter motion, ECF No. 9 (the "Letter Motion"), requesting an extension of the deadline for defendant to respond to the complaint. The Letter Motion is **GRANTED**, and defendant shall file a response by **April 23, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 9 as **GRANTED**.

**SO ORDERED.**

Dated: March 12, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge