UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIPPE GRIMMINGER,

Plaintiff,

-v-

ZEIT CONTEMPORARY ART, LLC,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/22/2026__

**ORDER**

26-CV-389 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' letter motion, ECF No. 11 (the "Letter Motion"), requesting an extension of the deadline for Defendant to respond to the complaint. The Letter Motion is **GRANTED**, and Defendant shall file a response by **May 7, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 11 as **GRANTED**.

**SO ORDERED.**

Dated: April 22, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge