UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIPPE GRIMMINGER,

Plaintiff,

-v-

ZEIT CONTEMPORARY ART, LLC,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/2026_

**ORDER**

26-CV-389 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the letter from Joan Robledo-Palop, principal of Defendant Zeit Contemporary Art, LLC ("Defendant"), ECF No. 13 (the "Letter"), requesting an extension of time to respond to the complaint. The relief requested in the Letter is **GRANTED**, and Defendant shall respond to the complaint by **June 8, 2026**.

Additionally, as a limited liability company, Defendant must appear through counsel. *See Jacobs v. Pat. Enf't Fund, Inc.*, 230 F.3d 565, 568 (2d Cir. 2000). If counsel does not appear by **June 8, 2026**, Defendant will be considered in default.

Counsel for Plaintiff is directed to provide a copy of this order to Defendant.

**SO ORDERED.**

Dated: May 7, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge

1